**No. 10-6195. David Wyatt Jones, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1012, 131 S. Ct. 525, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8515.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 607 F.3d 1346.